UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC HARWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. WMN00CV2751 |
| ) | |
| COMBUSTIONEER CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Eric Harwood, by counsel, and Defendant Combustioneer Corporation, by counsel, hereby stipulate to the dismissal of this action, with prejudice, including all claims which were or could have been raised in this action, and specifically including all claims for attorneys' fees and costs.

Upon agreement and stipulation of the parties, it is ORDERED that this action shall be, and hereby is DISMISSED with prejudice.

The Clerk is directed to mail a certified copy of this Order to all counsel of record.

ENTERED: This 23rd day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

We hereby agree to entry of this Order and stipulate to the dismissal of this action with prejudice.

ERIC HARWOOD

_/s/ Alan Lescht_
Alan Lescht (Bar No. 92128)
ALAN LESCHT & ASSOCIATES, P.C.
1050 17th Street, N.W.
Suite 220
Washington, D.C.
(202) 463-6036

Attorney for Plaintiff

COMBUSTIONEER CORPORATION, INC.

_/s/ Thomas Murphy_
Thomas P. Murphy (Bar No. 06230)
Elizabeth C. Smith
HUNTON & WILLIAMS
1751 Pinnacle Drive
Suite 1700
McLean, Virginia 22102
(703) 714-7400

Attorney for Defendant